OPINION — AG — ** TAG AGENTS, PRIVACY OF INFORMATION — PUBLIC RECORD ** THE RECORDS KEPT BY THE OKLAHOMA TAG AGENTS WHICH INDICATE EXISTENCE OR NON EXISTENCE OF SECURITY INTERESTS RETAINED IN MOTOR VEHICLES ARE MATTER OF PUBLIC RECORD UNDER 47 O.S. 23.2 [47-23.2](B) AND ARE TO BE ACCESSIBLE TO ALL LEGITIMATE INQUIRERS. (COMMERCIAL CODE LIENS, AUTOMOBILES, INSTRUMENT) CITE: 12A O.S. 9-302 [12A-9-302](3)/ 47 O.S. 22.2 [47-22.2](B) 47 O.S. 23.2 [47-23.2](B)(A), 47 O.S. 23.14 [47-23.14] (JOHN F. PERCIVAL)